### The People, *vs.* John M'Intyre.   *Assault.*

On a prose-    JOHN M'INTYRE was brought to the bar,  charged with
cution for an committing an assault upon  Mrs. Griffiths.   The charge
assault, and
no prosecutor was made at the last session of this Court ; and upon that
appearing the charge the prisoner was  committed, and at this  term was
next term af-
ter the charge indicted, arraigned, and plead not guilty.
made, and the     *Maxwell, District Attorney,* called on the trial ; No pros-
same term the
indictment is ecutor appearing,  the Jury were instructed  by the Court,
found ; a ver- and the instruction acquiesced in by the District Attorney,
dict of not
guilty ought to find a  verdict of not  guilty ;  which they did, and the
to be taken,
and the pris- prisoner went about his business.
oner discharg
ed.           NOTE.—*It was known that the prosecutor was not in Court when
              the case was called up, and before the jury was sworn.*